**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARTIN POSADA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DIAGEO AMERICAS SUPPLY, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Diageo Americas Supply, Inc. ("Defendant" or "Diageo") hereby removes this action from the Circuit Court of Will County, Illinois to the United States District Court for the Northern District of Illinois, on the following grounds:

1. Plaintiff Martin Posada ("Plaintiff" or "Posada") filed a Complaint against Defendant Diageo Americas Supply, Inc. in the Circuit Court of Will County, Illinois on October 6, 2020. A Summons was issued to Defendant on the same day.

2. A copy of Plaintiff's Complaint is attached hereto as Exhibit A. A copy of the Summons issued to Defendant is attached hereto as Exhibit B. No other process, pleadings, or orders were issued to Defendant prior to its filing of this Notice of Removal.

3. Defendant has not filed responsive pleadings with the Circuit Court.

4. Defendant was served with the Summons and Complaint on October 8, 2020 through its registered agent Corporate Creations Network Inc. *See* Exhibit B.

5. This is a civil action that may be removed to this Court based on federal question jurisdiction. The relevant statute, 28 U.S.C. § 1331, states that "the district courts shall have

original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

## The Complaint Brings Claims Under Federal Law

6. Count I of Plaintiff's Complaint alleges that Defendant violated the Family and Medical Leave Act ("FMLA") by retaliating against Plaintiff for exercising or attempting to exercise FMLA rights. *See* Exhibit A.

7. Accordingly, this Court has original jurisdiction over Plaintiff's claims under 28 U.S.C. § 1331 by virtue of the federal question arising out of his claims under the FMLA.

8. Pursuant to 28 U.S.C. § 1441(a), this action may be removed to this Court because it is founded on claims or rights arising under the laws of the United States.

9. Defendant has filed its Notice of Removal within thirty days of its receipt of the Summons and Complaint, as required by 28 U.S.C. § 1446(b)(1).

10. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff.

11. The Circuit Court of Will County, Illinois is within this Court's District and Division. Accordingly, venue is proper in this District and Division under 28 U.S.C. §§ 1391 and 1441(a).

12. Plaintiff has no grounds to oppose this Notice of Removal, as the Complaint brings claims under federal law and this Notice of Removal was timely filed with the appropriate District Court within the requisite thirty days.

13. This Notice of Removal will be filed promptly with the Clerk of the Circuit Court of Will County, Illinois, as required by 28 U.S.C. § 1446(d).

14. Written notice of this Notice of Removal is also being served upon Plaintiff, as required by 28 U.S.C. § 1446(d), by serving a copy of the Notice of Removal on Plaintiff's counsel of record for this case in accordance with the appended Certificate of Service.

WHEREFORE, Defendant Diageo Americas Supply, Inc. removes the instant action from the Circuit Court of Will County, Illinois to the United States District Court for the Northern District of Illinois.

Dated: November 6, 2020 **DIAGEO AMERICAS SUPPLY, INC.**

By: */s/ Jane M. McFetridge*
One of Its Attorneys

Jane M. McFetridge
Anderson C. Franklin
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Phone: (312) 787-4949
Fax:   (312) 787-4995
jane.mcfetridge@jacksonlewis.com
anderson.franklin@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on November 6, 2020, she caused to be filed and served a true and correct copy of the foregoing *Notice of Removal* on the following counsel for the Plaintiff via U.S. mail and electronic mail:

Travis Dunn
Law Offices of Peter F. Ferracuti
110 East Main Street
Ottawa, Illinois 61350
Phone: (815) 434-3535
Fax: (815) 434-2796
tdunn@peterfarracuti.com

*/s/ Jane M. McFetridge*